No. 1494. PEOPLE, APPELLEE, *v.* PÉREZ, APPELLANT. — Weights and measures. Ponce. March 9, 1920. *Withdrawn.*

---

No. 448. RODRÍGUEZ, APPELLANT, *v.* REGISTRAR OF CAGUAS, RESPONDENT.—Appeal. March 11, 1920. *Reversed.*

---

No. 2201. HERNÁNDEZ, APPELLEE, *v.* BURGOS, APPELLANT.— Divorce. Guayama. March 11, 1920. *Withdrawn.*

---

No. 1489. PEOPLE, APPELLEE, *v.* PÉREZ, APPELLANT.—Assault and battery. Arecibo. March 15, 1920. *Affirmed.*

---

No. 22. RODRÍGUEZ, PETITIONER, *v.* CAMPILLO, DISTRICT JUDGE, RESPONDENT.—Writ of prohibition. March 15, 1920. *Denied.*

---

No. 2160. CARDOSA ET AL., APPELLEES, *v.* RAMÍREZ, APPELLANT. — Rescission of lease. Mayagüez. March 25, 1920. *Withdrawn.*

---

No. 2208. SOLÁ, APPELLEE, *v.* SOLÁ, APPELLANT.—Support. Humacao. March 25, 1920. *Withdrawn.*

---

No. 2137. RODRÍGUEZ, APPELLEE, *v.* CASTRO, APPELLANT.— Damages. Mayagüez. March 25, 1920. *Withdrawn.*

---

No. 281. MADERA, PETITIONER, *v.* CAMPILLO, DISTRICT JUDGE, RESPONDENT.—Certiorari. San Juan. March 26, 1920. *Denied.*